**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1952**

_____

NORMAN WILLIAMS, JR.,

Plaintiff - Appellant,

versus

DONALD F. WADE, Doctor; THOMAS F. ALLGOOD,
JR.; JOHN D. KASSELL; JOHN R. ETHRIDGE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, District Judge.
(CA-00-360-4-12)

_____

Submitted:  October 4, 2001          Decided:  October 12, 2001

_____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman Williams, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norman Williams, Jr., appeals the district court's order that construed his civil action as filed under 42 U.S.C.A. § 1983 (West Supp. 2001) and dismissed it without prejudice. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Wade, No. CA-00-360-4-12 (D.S.C. July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED